IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| JOSHUA RUND,<br><br>  Plaintiff,<br><br>vs.<br><br>ALBANY & EASTERN RAILROAD COMPANY, a domestic business corporation;<br><br>  Defendant. | CASE NO. 6:19-cv-00865-MC<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**<br><br>Complaint Filed: June 4, 2019 |

The parties to this action, acting through their respective counsel and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal with Prejudice of this action, including all claims stated herein against Defendant, with each party to bear their own costs and attorney's fees.

DATED:   December 28, 2020          HILDEBRAND, McLEOD & NELSON, LLP

By:  */s/ Carole M. Bosch*
     CAROLE M. BOSCH, OSB 190837
     Attorneys for Plaintiff


DATED:  July 28, 2020                    SMITH FREED EBERHARD

By: */s/ Ryan J. McLellan*
RYAN J. MCLELLAN, OSB 023908
SEAN K. CONNER, OSB 132518
Attorneys for Defendant

### ORDER

Pursuant to the above stipulation of the parties, the entire action, including all claims stated herein against Defendant, is hereby dismissed with prejudice.

ENTERED this __4th__ day of __January__ 2021.

_s/Michael J. McShane_
The Honorable Michael J. McShane
U.S. District Court for the District of Oregon

Joint Stipulation for Dismissal with Prejudice and [Proposed] Order
Page 2
CASE NO.: 6:19-cv-008650-MC